UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | Case No. 19-41171 |
| Maribel Lopez Noriega | § | Chapter 13 |
| | § | |
| Debtor, | § | |
| | § | |

**RESPONSE OF U.S. BANK N.A. AS TRUSTEE
OF THE BUNGALOW SERIES III TRUST
TO OBJECTION TO PROOF OF CLAIM #10 FILED BY TRUSTEE**
(Objection to Proof of Claim Doc# 33)

COMES NOW, U.S. Bank Trust National Association, as Trustee of the Bungalow Series III Trust ("Creditor") and files its response to Trustee's Objection to Proof of Claim #10 of U.S. Bank ("Trustee's Objection"), and in support thereof states as follows:

1. **As to Paragraph 1 of Trustee's Objection.**

Creditor agrees with the allegations of Paragraph 1.

2. **As to Paragraph 2 of the Trustee's Objection (*Proof of Claim*).**

Creditor agrees with the allegations of Paragraph 2 of Trustee's Objection. Creditor is in the process of preparing its amended Proof of Claim.

3. **As to Paragraph 3 of the Trustee's Objection (*Proof of Claim*).**

Creditor agrees with the allegations of Paragraph 3 of Trustee's Objection and requests that the Court allow Creditor to amend its Proof of Claim.

WHEREFORE, Creditor requests that the Court allow the amending of Creditor's Proof of Claim #10.

Respectfully submitted,

**ANDERSON VELA, L.L.P.**

/S/ Richard E. Anderson
Richard E. Anderson
State Bar No. 01209010
4920 Westport Drive
The Colony, Texas 75056
Telephone:  (214) 295-6423
Facsimile:  (214) 276 1545
RAnderson@Andersonvela.com
**COUNSEL FOR CREDITOR**

**CERTIFICATE OF SERVICE**

      I hereby certify that a copy of the foregoing Response to Trustee's Objection was served on the 2nd day of July, 2019.  Said Response was filed electronically.  Service was accomplished by the method and to the following as indicated.

                                    By: /s/ Richard Anderson
                                          RICHARD E. ANDERSON
                                          State Bar No. 01209010
                                          4920 Westport Drive
                                          The Colony, Texas 75056
                                          Email: randerson@AndersonVela.com

BY ELECTRONIC NOTICE OR REGULAR FIRST CLASS MAIL, POSTAGE PREPAID:

<u>DEBTOR</u>
Maribel Lopez Noriega
2620 Rolling Meadow  (Property)
Carrollton, TX 75010

<u>DEBTOR'S ATTORNEY</u>
Marcus B. Leinart
Leinart Law Firm
11520 N. Central Expressway, Suite 212
Dallas, TX 75243

<u>TRUSTEE</u>
Pam Bassel
7001 Blvd 26, Suite 150
North Richland Hills, TX 76180

<u>U.S. TRUSTEE</u>
United States Trustee
1100 Commerce Street, Room 976
Dallas, TX 75202

CREDITOR ATTORNEY

| | | |
|---|---|---|
| Jared T.S. Pace<br>Condon Tobin Sladek<br>Thornton PLLC<br>8080 Park Lane<br>Suite 700<br>Dallas, TX 75231<br>2142653855<br>2146916311 (fax)<br>jpace@ctstlaw.com<br>  *Assigned: 03/29/2019* | representing | Wilmington Savings Fund Society, FSB d/b/a<br>Christiana Trust as Owner Trustee of the Residential<br>Credit Opportunities Trust III<br>Condon Tobin Sladek Thornton PLLC<br>8080 Park Lane<br>Suite 700<br>Dallas, TX 75231<br>214-265-3800<br>214-691-6311 (fax)<br>jpace@ctstlaw.com<br>*(Creditor)* |
| Melissa Linell Palo<br>Linebarger Goggan Blair &<br>Sampson, LLP<br>2777 N. Stemmons Frwy<br>Ste 1000<br>Dallas, TX 75207<br>(214) 880-0089<br>(469) 221-5003 (fax)<br>melissa.palo@lgbs.com<br>  *Assigned: 04/12/2019* | representing | City of Carrollton<br>Linebarger Goggan Blair & Sampson, LLP<br>c/o Melissa L. Palo<br>2777 N Stemmons Frwy, Suite 1000<br>Dallas, TX 75207<br>214-880-0089<br>469-221-5003 (fax)<br>dallas.bankruptcy@lgbs.com<br>*(Creditor)*<br><br>Lewisville ISD<br>Linebarger Goggan Blair & Sampson, LLP<br>c/o Melissa L. Palo<br>2777 N. Stemmons Frwy<br>Suite 1000<br>Dallas, TX 75207<br>214-880-0089<br>469-221-5003 (fax)<br>dallas.bankruptcy@lgbs.com<br>*(Creditor)* |

  /s/ Richard E. Anderson
  RICHARD E. ANDERSON