Pam Bassel
CHAPTER 13 STANDING TRUSTEE
7001 Blvd 26, Ste 150
North Richland Hills, TX 76180
Telephone: (817) 916-4710
Facsimile: (817) 916-4770

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF TEXAS**
**FORT WORTH DIVISION**

| | |
|---|---|
| In re: | Case No.: 19-41171-ELM |
| **Maribel Lopez Noriega** | Chapter 13 |
| Debtor | Hearing Date: 08/09/2019 at 8:30 am |

**NOTICE OF CONTINUED HEARING ON NOTICE OF INTENT TO DISMISS**

A hearing was previously scheduled in this matter and has been continued. Notice is hereby given that the hearing will be continued to 8/9/2019  8:30:00AM.

Dated:  July 11, 2019                                        /s/ Pam Bassel

**CERTIFICATE OF SERVICE**

This is to certify that a true and correct copy of the above and foregoing Notice was served by United States first class mail, postage paid, or electronically by the Court, upon the: Debtor; Debtor's attorney; the Office of the United States Trustee for the Northern District of Texas and all parties who requested notice, on the same date it was filed.

/s/ Pam Bassel
Pam Bassel, Chapter 13 Trustee
State Bar No.  01344800
7001 Blvd 26, Ste 150
North Richland Hills, TX 76180
Telephone: (817) 916-4710
Facsimile: (817) 916-4770